# Exhibit 1

# Club Proposal: Vanguard High School Gay-Straight Alliance (GSA)

Gay-Straight Alliance Network is a youth leadership organization that connects school-based Gay-Straight Alliances (GSAs) to each other and community resources through peer support, leadership development, and training. The Gay-Straight Alliance is a nationwide organization that works to create cooperation amongst all students, as well as adults, regardless of sexual orientation.

**Mission:**
1. To create safe environments in schools for students to support each other and learn about homophobia, transphobia, and other oppressions.
2. To educate the school community about homophobia, transphobia, gender identity, and sexual orientation issues.
3. To fight bullying, discrimination, harassment, and violence at school.

**Why is a GSA needed?**

Youth that are harassed on the basis of sexual orientation are:

- More than twice as likely to report depression and seriously consider suicide.
- More likely to smoke, drink alcohol, use drugs, and report low grades.
- More likely to become victims of violence.
- Three times as likely to carry a weapon.
- Three times as likely to report missing school in the last 30 days

Research shows that students that attend schools with GSA clubs feel safer and more supported by fellow students and staff members. GSA clubs provide a safety net for students during the coming out process. The partnership between LGBTQQIA (lesbian, gay, bisexual, transgender, queer, questioning, intersex, and androgynous) youth and straight allies builds bridges and improves school climates.

**Strategy:**
1. <u>End isolation</u>: A GSA club at Vanguard High School would provide students with a "safe zone," enhancing the well being of students suffering from isolation, harassment, discrimination, and violence, which can lead to severe depression.
2. <u>Develop leaders</u>: GSA will promote activism and change throughout our school, while teaching students to stand up for their rights and what they believe in.

3. <u>Make Schools Safer</u>: GSA will educate teachers and student peers to reduce derogatory slurs and work with administration to implement school policies that prevent harassment and violence.

4. <u>Promote an Anti-Bullying Campaign</u>: At this current time, bullying is a major issue across our country, sometimes leading to extreme events such as suicide, physical violence, and verbal abuse. Specifically at Vanguard, bullying is a major issue affecting many students, leading to student dropouts, poor academic performance, and self-esteem issues.

The Gay-Straight Alliance would bring about nothing but positive change at Vanguard High School. Not only would LGBTQQIA students have a safe haven while at school, but the entire student population would benefit from this club. Through a campus-wide campaign fighting homophobia, the entire student population can learn to become more accepting of their peers. Cooperation between all students would create an ideal school environment; one in which all students have the best opportunity to learn. Not only would the GSA promote equality, but the club would also launch an anti-bullying campaign  Currently, many students at Vanguard are very interested in forming a GSA and there is no better time to begin this club. With permission, the GSA will begin for the school year of 2012-2013 and Ms. Furphy has agreed to be the club sponsor.

# Exhibit 2

ACLU FOUNDATION OF FLA.
Northwest Region
Post Office Box 12723
Pensacola, FL 32591-2723
Main: 850.429.9128


AMERICAN CIVIL LIBERTIES UNION
of FLORIDA

BENJAMIN JAMES STEVENSON
Staff Attorney
bstevenson@aclufl.org
T: 786.363.2738
F: 786.363.1985

Superintendent Jim Yancey
Marion County School District
512 SE 3rd Street
Ocala, FL 34471

March 26, 2012

VIA U.S. MAIL & Email:
Jim.Yancey@marion.k12.fl.us &
Paula.Bundrick@marion.k12.fl.us

Re:     **Vanguard High School Student Gay-Straight Alliance**

Dear Mr. Yancey,

We were contacted by students at Vanguard High who want to form a gay-straight alliance (GSA) student club to focus on combating anti-gay bullying and educating the school community about these issues. They advised us that in late February and early March 2012, one of the students requested approval from Principal Rick Lankford to start a GSA. The student submitted to him the attached proposal for the club and sought his assistance and approval for the formation of the club for the start of the 2012-13 school year, as contemplated by School Board Policy No. 4.50 ("Student Clubs and Organizations"). However, Mr. Lankford's response was that he will not approve a GSA because he believes that a student club based on sexual preference is inappropriate. We believe Mr. Lankford's decision to forbid the GSA was based on his lack of awareness of federal law governing student clubs and a misunderstanding of the nature of the proposed club. We therefore request your assistance in reversing this decision and ensuring that the proposed GSA will be approved for the new school year.

Federal law requires that school officials treat GSAs the same as any other non-curricular clubs at the school. As explained by the United States Department of Education, the Equal Access Act (20 U.S.C. § 4071 *et seq.*) guarantees students the right to form and participate in school clubs with wide latitude given to the proposed content of their discussions.[1] Where schools have refused to allow GSAs

---

[1] *See* U.S. Dep't of Education Secretary Duncan's Letter to Colleagues Announcing Release of *Legal Guidelines Regarding the Equal Access Act and the Recognition of Student-Led Noncurricular Groups* (June 14, 2011), available at
http://www2.ed.gov/policy/elsec/guid/secletter/110607.html; *see also* U.S. Dep't of Education, Legal Guidelines Regarding The Equal Access Act And The Recognition Of Student-Led Noncurricular Groups, available at www2.ed.gov/policy/elsec/guid/secletter/groupsguide.doc.

to form or otherwise denied these groups equal treatment, federal courts in Florida and across the country have repeatedly held them to be in violation of the law.[2]

Under the Equal Access Act, schools may not pick and choose among clubs based on what they think students should or should not discuss. If a public high school allows any student group whose purpose is not directly related to the school's curriculum to meet on school grounds during lunch or before or after school, then it cannot deny other student groups the same access to the school because of the content of their proposed discussions. The Act specifically provides that a school cannot deny equal access to student clubs because of the "religious, political, philosophical, or other content of the speech at such meetings." 20 U.S.C. § 4071(a). Thus, school officials cannot prohibit GSAs because of their personal views about LGBT people or issues. As a federal judge concluded in one GSA case:

> The Board Members may be uncomfortable about students discussing sexual orientation and how all students need to accept each other, whether gay or straight. . . . [But School Officials] cannot censor the students' speech to avoid discussions on campus that cause them discomfort or represent an unpopular viewpoint.

*Colin v. Orange Unified Sch. Dist.*, 83 F. Supp. 2d 1135, 1148 (C.D. Cal. 2000). Silencing ideas because some people do not like them is not only incompatible with the educational values of open inquiry and wide-ranging debate that are central to our free political system — it is against the law.

According to the Marion County Public Schools' website, Vanguard High has numerous student clubs, at least some of which are non-curricular, *e.g.*, the Fellowship of Christian Athletes and the American Teen Cancer Society. Therefore, under the Equal Access Act, it must provide equal treatment of all clubs, including the GSA.

---

[2] *See Gay-Straight Alliance of Yulee High Sch. v. Sch. Bd of Nassau County*, 602 F.Supp.2d 1233 (M.D. Fla. 2009); *Gonzalez v. Sch. Bd. of Okeechobee County*, 571 F.Supp.2d 1257 (S.D. Fla. 2008); *see also Straights and Gays for Equality v. Osseo Area Schools-District No. 279*, 540 F.3d 911 (8th Cir. 2008); *White County High Sch. Peers Rising in Diverse Educ. v. White County Sch. Dist.*, No. 2:06-cv-29, 2006 WL 1991990 (N.D. Ga. July 14, 2006); *Boyd County High Sch. Gay Straight Alliance v. Bd. of Educ. of Boyd County*, 258 F. Supp. 2d 667 (E.D. Ky. 2003); *Franklin Cent. Gay-Straight Alliance v. Franklin Township Cmty. Sch. Corp.*, No. IP01-1518, 2002 WL 32097530 (S.D. Ind. Aug. 30, 2002); *Colin v. Orange Unified Sch. Dist.*, 83 F. Supp. 2d 1135, 1148 (C.D. Cal. 2000); *East High Gay-Straight Alliance v. Bd. of Educ. of Salt Lake City Sch. Dist.*, 81 F. Supp. 2d 1166 (D. Utah 1999).

It appears that Principal Lankford erroneously believes that the proposed GSA club would discuss inappropriate, sexually related content. That is not what this club is about. As explained in the proposal for the GSA, the mission of the club is focused on promoting student safety, combatting bullying and educating about homophobia and transphobia. *See also Colín*, 83F. Supp. 2d 1135 (recognizing that the focus of most GSA's is not sex, but issues related to sexual orientation and how to combat unfair treatment and prejudice, and noting that assuming a GSA will discuss sex unfairly singles out the GSA based on a stereotype).

Allowing the proposed GSA to form is not just a legal duty, but it would be beneficial to the school community. It is well documented that lesbian, gay, bisexual and transgender (LGBT) students face significant bullying, violence and isolation in schools.[3] Some of the most common epithets that teens use today to disparage each other are "faggot," "dyke," and "queer." GSAs are part of the solution. A recent national survey on school safety found that the presence of a GSA at a school significantly reduces the amount of bullying experienced by LGBT students and made them feel safer.[4] As one federal judge wrote in a GSA case, "[t]his injunction [to allow the GSA to form] is not just about student pursuit of ideas and tolerance for diverse viewpoints. As any concerned parent would understand, this case may involve the protection of life itself." *Colin*, 83 F. Supp. 2d at 1150.

The benefits of having a GSA on campus do not flow only to LGBT students. A disproportionate amount of physical violence against lesbian, gay, bisexual and transgender people of all ages is perpetrated by teenage boys. Creating an atmosphere in which bullying and violence are not tolerated and everyone is valued and respected will help make all students better citizens and better equipped for participation in the workforce that is comprised of people from all walks of life.

---

[3] *See* Gay, Lesbian and Straight Education Network (GLSEN), The 2009 National School Climate Survey, available at http://www.glsen.org/binary-data/GLSEN_ATTACHMENTS/file/000/001/1675-2.pdf, (finding that 90% of LGBT students experienced harassment at school and nearly two-thirds felt unsafe)).

[4] *See* note 3, *supra.*

By protecting students' right to form a GSA, you are not only obeying the law and avoiding potential legal liability, you are promoting school safety and helping address the serious problem of anti-gay bullying. Given the legal obligation to provide equal access and the perfectly appropriate subject matter of the proposed GSA, we expect this situation can be resolved quickly. Please advise that the obstacles to Vanguard High students starting a GSA in the fall 2012 have been removed.

Sincerely,

Benjamin James Stevenson

Encl.: *Club Proposal: Vanguard High School Gay-Straight Alliance (GSA)*

cc: Beverly Morris
    2603 SE 17th St., Ste. B
    Ocala, FL 34471-5563
    (via Email: beverlymorris@earthlink.net)
    *Counsel for Marion County School District*

# Club Proposal: Vanguard High School Gay-Straight Alliance (GSA)

Gay-Straight Alliance Network is a youth leadership organization that connects school-based Gay-Straight Alliances (GSAs) to each other and community resources through peer support, leadership development, and training. The Gay-Straight Alliance is a nationwide organization that works to create cooperation amongst all students, as well as adults, regardless of sexual orientation.

**Mission:**
1. To create safe environments in schools for students to support each other and learn about homophobia, transphobia, and other oppressions.
2. To educate the school community about homophobia, transphobia, gender identity, and sexual orientation issues.
3. To fight bullying, discrimination, harassment, and violence at school.

**Why is a GSA needed?**

Youth that are harassed on the basis of sexual orientation are:

- More than twice as likely to report depression and seriously consider suicide.
- More likely to smoke, drink alcohol, use drugs, and report low grades.
- More likely to become victims of violence.
- Three times as likely to carry a weapon.
- Three times as likely to report missing school in the last 30 days

Research shows that students that attend schools with GSA clubs feel safer and more supported by fellow students and staff members. GSA clubs provide a safety net for students during the coming out process. The partnership between LGBTQQIA (lesbian, gay, bisexual, transgender, queer, questioning, intersex, and androgynous) youth and straight allies builds bridges and improves school climates.

**Strategy:**
1. <u>End isolation</u>: A GSA club at Vanguard High School would provide students with a "safe zone," enhancing the well being of students suffering from isolation, harassment, discrimination, and violence, which can lead to severe depression.
2. <u>Develop leaders</u>: GSA will promote activism and change throughout our school, while teaching students to stand up for their rights and what they believe in.

3. <u>Make Schools Safer</u>: GSA will educate teachers and student peers to reduce derogatory slurs and work with administration to implement school policies that prevent harassment and violence.

4. <u>Promote an Anti-Bullying Campaign</u>: At this current time, bullying is a major issue across our country, sometimes leading to extreme events such as suicide, physical violence, and verbal abuse. Specifically at Vanguard, bullying is a major issue affecting many students, leading to student dropouts, poor academic performance, and self-esteem issues.

The Gay-Straight Alliance would bring about nothing but positive change at Vanguard High School. Not only would LGBTQQIA students have a safe haven while at school, but the entire student population would benefit from this club. Through a campus-wide campaign fighting homophobia, the entire student population can learn to become more accepting of their peers. Cooperation between all students would create an ideal school environment; one in which all students have the best opportunity to learn. Not only would the GSA promote equality, but the club would also launch an anti-bullying campaign  Currently, many students at Vanguard are very interested in forming a GSA and there is no better time to begin this club. With permission, the GSA will begin for the school year of 2012-2013 and Ms. Furphy has agreed to be the club sponsor.

# Exhibit 3

# NEW CLUB REQUEST FC  M

In Marion County, we believe that an extra-curricular program of clubs, organizations, and activities offers a positive and valuable dimension to the overall growth of young people into productive, responsible adults.  We encourage participation as a means to provide young people with experiences which will convert to meaningful learning.

PROPOSED CLUB NAME: **Vanguard High School Gay-Straight Alliance** SCHOOL **Vanguard High**

## CATEGORY OF CLUB: (please check one ☒)

☐ Government - Students elected by their peers provide representation in working with the school administration in problem-solving and providing services to constituents affecting class, school, and community activities.

☐ Academic - These clubs provide students with opportunities to apply class related work.

☐ Service - These clubs promote good will by volunteering in various planned school and community activities. Each service club will be involved in school and/or community improvement projects.

☒ Special Interest - The primary objectives of this club are to promote a deeper knowledge of subject matter and encourage better use of leisure time.

☐ Vocational - These organizations provide students enrolled in Applied Technology classes with opportunities to participate in a variety of competitive, leadership and social activities designed to reinforce the skills learned in the classroom.

STUDENT PETITION (A minimum of 10 signatures by potential members who meet the Student Membership Requirements and who are committed to club membership are required)

| Print Name | Signature | Student ID # | Grade |
|---|---|---|---|
| 1. | | | 11 |
| 2. | | | 11 |
| 3. | | | 11 |
| 4. | | | 11 |
| 5. | | | 11 |
| 6. | | | 11 |
| 7. | | | 11 |
| 8. | | | 11 |
| 9. | | | 11 |
| 10. | | | 11 |
| 11. | | | 11 |
| 12. | | | 11 |
| 13. | | | 11 |
| 14. | | | 11 |
| 15. | | | 11 |

Please attach a charter and/or constitution and by-laws that state the membership qualifications and rules of conduct.  The request form must be submitted to the school administration within the first ten days of the school semester.

APPROVED BY: (in this order)

1. _____ _____  2. _____ _____  3. _____ _____
   Proposed Faculty Sponsor   Date         Activity Director   Date            Principal              Date

CRRA

(32)

## NEW CLUB REQUEST FO    1

In Marion County, we believe that an extra-curricular program of clubs, organizations, and activities offers a positive and valuable dimension to the overall growth of young people into productive, responsible adults. We encourage participation as a means to provide young people with experiences which will convert to meaningful learning.

PROPOSED CLUB NAME: Vanguard High School Gay-Straight Alliance     SCHOOL: Vanguard High

### CATEGORY OF CLUB: (please check one ☒)

☐ Government - Students elected by their peers provide representation in working with the school administration in problem-solving and providing services to constituents affecting class, school, and community activities.

☐ Academic - These clubs provide students with opportunities to apply class related work.

☐ Service - These clubs promote good will by volunteering in various planned school and community activities. Each service club will be involved in school and/or community improvement projects.

☒ Special Interest - The primary objectives of this club are to promote a deeper knowledge of subject matter and encourage better use of leisure time.

☐ Vocational - These organizations provide students enrolled in Applied Technology classes with opportunities to participate in a variety of competitive, leadership and social activities designed to reinforce the skills learned in the classroom.

STUDENT PETITION (A minimum of 10 signatures by potential members who meet the Student Membership Requirements and who are committed to club membership are required)

| Print Name | Signature | Student ID # | Grade |
|------------|-----------|--------------|-------|
| 1. | | | 9 |
| 2. | | | 9 |
| 3. | | | 9 |
| 4. | | | 9 |
| 5. | | | 9 |
| 6. | | | 9 |
| 7. | | | 10 |
| 8. | | | 10 |
| 9. | | | 9 |
| 10. | | | 11 |
| 11. | | | 9 |
| 12. | | | 9 |
| 13. | | | 10 |
| 14. | | | 10 |
| 15. | | | 10 |

Please attach a charter and/or constitution and by-laws that state the membership qualifications and rules of conduct. The request form must be submitted to the school administration within the first ten days of the school semester.

APPROVED BY: (in this order)

1. _Wendy ____ 4/17/__  2. _____  3. _____
   Proposed Faculty Sponsor   Date        Activity Director      Date           Principal        Date

FCRblt

Equal Opportunity Schools
Marion County Public Schools, PO Box 670, Ocala, Fl 34478 . ph# (352) 671-7700

(32)

# NEW CLUB REQUEST FO   A

In Marion County, we believe that an extra-curricular program of clubs, organizations, and activities offers a positive and valuable dimension to the overall growth of young people into productive, responsible adults. We encourage participation as a means to provide young people with experiences which will convert to meaningful learning.

PROPOSED CLUB NAME: **Vanguard High School Gay-Straight Alliance**      SCHOOL **Vanguard High**

## CATEGORY OF CLUB: (please check one ☒)

☐ Government - Students elected by their peers provide representation in working with the school administration in problem-solving and providing services to constituents affecting class, school, and community activities.

☐ Academic - These clubs provide students with opportunities to apply class related work.

☐ Service - These clubs promote good will by volunteering in various planned school and community activities. Each service club will be involved in school and/or community improvement projects.

☒ Special Interest - The primary objectives of this club are to promote a deeper knowledge of subject matter and encourage better use of leisure time.

☐ Vocational - These organizations provide students enrolled in Applied Technology classes with opportunities to participate in a variety of competitive, leadership and social activities designed to reinforce the skills learned in the classroom.

STUDENT PETITION (A minimum of 10 signatures by potential members who meet the Student Membership Requirements and who are committed to club membership are required)

| Print Name | Signature | Student ID # | Grade |
|---|---|---|---|
| 1. | | | 11 |
| 2. | | | 11 |
| 3. | | | 11 |
| 4. | | | 11 |
| 5. | | | 11 |
| 6. | | | 11 |
| 7. | | | 11 |
| 8. | | | 11 |
| 9. | | | 9 |
| 10. | | | 11 |
| 11. | | | 10 |
| 12. | | | 11 |
| 13. | | | 11 |
| 14. | | | 11 |
| 15. | | | 11 |

Please attach a charter and/or constitution and by-laws that state the membership qualifications and rules of conduct. The request form must be submitted to the school administration within the first ten days of the school semester.

APPROVED BY: (in this order)

1. _Wendy Slangby_   Date 4/17/12   2. _____ Activity Director   Date _____   3. _____ Principal   Date _____

   Proposed Faculty Sponsor

FORM

# Exhibit 4

## <u>Vanguard High School Gay-Straight Alliance</u>
### Constitution & Bylaws

### Article I – Name of Organization

The name of this organization is the Vanguard High School Gay-Straight Alliance (or "GSA").

### Article II – Purposes

The purposes of the GSA shall be:

To create safe environments in schools for students to support each other and learn about homophobia, transphobia, and other oppressions.

To educate the school community about homophobia, transphobia, gender identity, and sexual orientation issues.

To fight bullying, discrimination, harassment, and violence at school.

### Article III - Membership

Section 1.  The GSA shall be a student club that is open to all students currently attending Vanguard High School who are interested in and committed to the purposes of the club as set forth in Article II above without regard to the student's race, gender, sex, national origin, religion, physical ability, sexual orientation, gender identity, or parental status.  Anyone is welcome to become a member so long as he or she shows respect for all other members and does not interfere with the purposes of the club set out above.

Section 2.  Membership dues will be $10 to cover t-shirt costs and other club related expenses.

Section 3. To become a member and retain membership students must meet any requirements set out by the school.  For example, grade point average must be maintained at least a 2.0.

Section 4.  There is no hazing of new members; such conduct is prohibited.

### Article IV - Meetings

Section 1. Meetings will be held as the club decides they should be held by vote.

Section 2. The faculty sponsor must be present at all meetings.

### Article V - Officers and Duties

Section 1. The elected officers of the GSA shall consist of a president, vice president, secretary, historian, and treasurer.

Section 2. Duties of Officers

President. The president shall be the chief executive and official representative of the GSA; preside over all of the GSA meetings and committee meetings, unless he or she appoints a chairperson; have the power to call special meetings of the GSA; be the link between the club and the school administration; and have the power to withdraw funds from the GSA account with the sponsors approval.

Vice President. The vice president shall act as president in the absence of the president; assume the office of president in case of presidential removal (in case of a vacancy in the office of vice president, the president shall appoint a new vice president); assist in any duties deemed necessary by the president; and be supervisor and counselor to all standing and special committees.

Secretary. The secretary will keep a written, accurate account of all committee progress. He or she will be responsible for keeping track of the events that occur during meetings or finding a suitable replacement.

Historian. The historian shall take pictures and capture memorable quotes for use in the school yearbook and other published materials (i.e. The IB newsletter). The historian will be responsible for providing a camera and other materials to document club events.

Treasurer. The treasurer shall keep track of club dues and expenditures. The treasurer shall manage financial obligations and the club budget.

Section 3. Qualification of Office. All members who are in good standing of the club shall be eligible to run for office. All officers who are members in good standing shall be eligible for re-election.

Section 4. Elections Procedure.   Elections shall be held in March of each school year. Nominations shall be taken two weeks prior to elections.  Nominees shall make a brief speech to the membership at the election meeting based on their qualifications for the desired office. Election by secret ballot will be held with the winner taking the majority of the votes of the club members present on the date of elections. New officers will take their positions the first day of April. A special election meeting shall be held during the GSA's first year of organization at the earliest possible date, with the officers elected serving until the first day of April. If elections do not take place on the date prescribed here, they may take place at the earliest possible date thereafter.

Section 5. Vacancies.  If a vacancy occurs in any of the offices, a member with proper qualifications shall be elected for the remainder of the term, or, where applicable, the officer-elect shall immediately take office.

## Article VI - Committees

Section 1.   Committees shall be formed to meet specific objectives and shall be formed, as needed, by the officers or by successful motion of any member.

Section 2. Committee membership is voluntary.

Section 3.  The size of a committee shall not be limited.  A majority of the GSA elected officers shall elect a chairperson, who shall present any actions of the committee to the membership. A committee shall be organized until its objectives have been completed.

## Article VII - Amendments

Any member may petition for an amendment to this constitution by submitting a proposal in writing to the president.  Upon review by the club officers, copies will be made and distributed to every active member as soon as reasonably possible.  In the same distribution, the president shall announce the date, place, and time of the voting for the proposed amendment. It may only be amended by a 2/3 vote by a public show of hands in favor thereof at a regularly scheduled meeting no earlier than one month after the submission of the proposal. If the amendment passes, the secretary shall add it to this constitution and submit it to the members and the school as appropriate.

# Exhibit 5

# WILLIAM C. HALDIN, JR., P.A.
## *Attorney at Law*

WILLIAM C. HALDIN, JR.
URSULA FARRO, LEGAL ASSISTANT

520 East FORT KING STREET, SUITE B-2
OCALA, FLORIDA 34471
PHONE: (352) 512-0100
FAX: (352) 840-5955
E-MAIL: WCH.atty@hotmail.com

May 15, 2012

Benjamin James Stevenson, Esquire
American Civil Liberties Union
    Foundation of Florida
Northwest Region
Post Office Box 12723
Pensacola, Florida  32591-2723

VIA E-MAIL AND
U.S. MAIL

Re:   Vanguard High School Student Gay-Straight Alliance

Dear Mr. Stevenson:

As I previously indicated, Mr. Yancey was to make his decision on the application for the Vanguard High School Gay-Straight Alliance on or before Friday, May 18. He has reviewed the New Club Request Forms which have been submitted in support of the Alliance, along with the signed student petitions. He has also carefully considered the Constitution and Bylaws, which accompanied those materials. His decision is as follows:

While, in general, Mr. Yancey has no issue with the formation of such interest group clubs, his concern is with the age-appropriateness of the club's purposes. Age-appropriateness is critical to all activities in public schools, whether curricular or extra-curricular. What is taught in elementary schools is different from what is taught in middle schools and what is taught there differs from what is taught in high schools. Moreover, within schools, what is taught to second graders differs from what is taught to fifth graders. Accordingly, the extra-curricular activities at the schools for different age levels of students differ as well.

Benjamin James Stevenson, Esquire
May 15, 2012
Page Two

Typically, students entering high school for the first time are fourteen years old, a difficult age for students undergoing dramatic changes in their bodies, their emotions and their thinking. That is also an age where many parents still want to be a significant source of information to their children about sexual matters, gender issues in society and, among other things, the relationship of their religion to those issues.

Mr. Yancey fully recognizes that as students mature, they will deal with these issues in society, and no one – not the public schools nor the parents – can keep students in the dark about gender issues for very long, even if that is their intention. But the typical fourteen-year-old and the typical eighteen-year-old are substantially different in their methods of learning and their reactions to influence by older students. If all of the students at Vanguard High School were eighteen years old, Mr. Yancey would have no issue with the establishment of the Alliance. However, establishing age requirements for admission would be utterly unworkable in a large high school and might well engender a reaction by non-admitted students opposite to the Alliance's goals.

The Marion County school district does not tolerate bullying or other overt acts of intolerance against anyone; its School Board has enacted policies to keep such acts from happening and to punish those who violate its anti-bullying policies. As you know, Mr. Yancey was scheduled to meet with at least one of the parents whose child was interested in the Alliance, but you asked the parent not to meet with him. He would still be happy to meet with that parent and any others who have similar concerns or, for that matter with their students, to see if a full discussion of the issues might bring about a workable resolution to their concerns. Threatening lawsuit as the initial introduction to the concerns of your clients, and advising your client or clients not to meet with the public official charged with making a final decision on the matter, as you did, does little, in my view, to assist in an amicable resolution of potentially differing views.

Benjamin James Stevenson, Esquire
May 15, 2012
Page Three

Mr. Yancey is fully aware of the application of the Equal Access Act to Marion County Schools. But as a career educator and as the school official elected by the people in the school district to make final administrative decisions, he respectfully declines to permit the Alliance to be formed at Vanguard High School at this time. However, he would very much like to meet with those parents or students who support the formation of the Alliance in order to discuss their concerns more fully.

Sincerely,

William C. Haldin, Jr.

WCH/uf

pc:   Superintendent Jim Yancey
      Rick Lankford, Principal of Vanguard High School
      Beverly L. Morris, Esq.